UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :   **ORDER**
v.                                :
                                  :   17 CR 37-3 (VB)
PAUL HERSHEWSKY,                  :
                    Defendant.    :
--------------------------------------------------------------x

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 11/21/24*

Copies Mailed/Faxed 11/21/24
Chambers of Vincent L. Briccetti

    In an undated letter that was received by the Court on November 4, 2024 (and which will be separately docketed), defendant Paul Hershewsky requests early termination of supervised release.

    Having consulted with the Probation Department and considered the factors set forth in 18 U.S.C. § 3553(a), the Court does not believe early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted at this time by the conduct of the defendant or is otherwise in the interest of justice.

    Specifically, given the seriousness of the offense (defendant played a central role in a heroin distribution conspiracy and was held responsible for selling between 100 and 400 grams of heroin), as well as defendant's prior convictions for selling narcotics, his prior parole revocation, and his history of illicit drug use, the three year term of supervised release was entirely appropriate to ensure close supervision by a probation officer over a significant period of time. Moreover, the Court has been advised that defendant recently left the jurisdiction (Southern District of Florida) without authorization, which is concerning. Finally, although defendant has otherwise done well while on supervised release, for which he should be commended, his main concern appears to be travel restrictions that have hindered his ability to work and pursue better employment opportunities. The Court strongly encourages the Probation Department to alleviate these restrictions when in its judgment and discretion it is appropriate to do so.

    After defendant has completed at least two years of supervised release, and if he is compliant with all conditions of supervision, he may reapply for early termination. If he does wish to reapply, he should consult his probation officer before making the application.

    For the foregoing reasons, defendant's motion for early termination of supervised release is DENIED.

Chambers will mail a copy of this Order to defendant at the following address:

Paul Hershewsky
11521 SW 98th Street
Miami, FL  33176

Dated: November 21, 2024
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge