UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                                              :   **ORDER**

v.                                 :
                                                              :   17 CR 37-3 (VB)

PAUL HERSHEWSKY,                   :
                          Defendant.   :
--------------------------------------------------------------x

        In a request dated October 20, 2025 (which will be separately docketed), defendant Paul Hershewsky requests early termination of supervised release.

        The request is DENIED WITHOUT PREJUDICE. This is because this case was transferred from this District to the Southern District of Florida on January 22, 2025. To be clear, defendant is no longer being supervised by this District. He is being supervised by the Southern District of Florida.

        The case in the Southern District of Florida is assigned to the Honorable Jose E. Martinez, United States District Judge. Any request for early termination of supervised release must be addressed to Judge Martinez (docket no. 25-TP-20016-Martinez).. Before making such a request, defendant is strongly encouraged to consult with his assigned Probation Officer in Miami, FL, Lawrence Ing.

        Chambers will mail a copy of this Order to defendant at the following address:

Paul Hershewsky
11521 SW 98th Street
Miami, FL  33176

Dated: October 27, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1